

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-19-00103-CV

**IN THE INTEREST OF A-N.L.C., A CHILD**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01805
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The clerk's record was due March 4, 2019, but was not filed. On the due date, the district clerk filed a notification of late record asking for an extension of time of four days, i.e., an extension to March 8, 2019.

By statute, this appeal is accelerated, and is to take precedence over other matters. *See* TEX. FAM. CODE ANN. § 109.002(a-1). Strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights — specifically, the appellate court must dispose of the appeal within 180 days of the date the notice of appeal is filed in the trial court.

We **GRANT** the clerk's requested extension and **ORDER** the district clerk to file the clerk's record in this court **on or before March 8, 2019.**

We further **order** the clerk of this court to serve a copy of this order on the district clerk and all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court